## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois .  Western Division

IN RE:                                          CHAPTER 13

RICHARD S. SHEFFIELD                            CASE NO. 14-80136

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:    Citibank NA Trustee**                    **Court claim #:**

**Last four digits** of any number used to identify the debtor's account: Mrtg - Arrears

---

*Final Cure Amount*

Amount of Prepetition Arrears          $1191.00

Amount Paid by Trustee                 $1191.00

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐      Thru the Chapter 13 Plan          ☒      Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  4/1/19                          /s/Lydia S. Meyer
                                        Lydia S. Meyer, Trustee
                                        308 W. State St., Suite 212
                                        Rockford, IL  61101

### Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 1st Day of April, 2019

Dated:  4/1/19                          /s/Cynthia K. Burnard

CITIBANK NA TRUSTEE/ AMERICAN HOME MTG
% OCWEN LOAN SERVICING LLC
1661 WORTHINGTON ROAD  SUITE 100
WEST PALM BEACH, FL 33409

OCWEN FEDERAL BANK FSB
ATTN:  BANKRUPTCY COORDINATOR
12650 INGENUITY DRIVE
ORLANDO, FL  32826

CODILIS & ASSOCIATES P C
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

RICHARD S. SHEFFIELD
3209 VISTA TERRACE
MC HENRY, IL  60050

DAVID H. CARTER
ATTORNEY AT LAW
308 W. STATE STREET, SUITE 215
ROCKFORD, IL  61101